AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

United States of America )
v. )
)
Dominic Pezzola )
)
)
)
)

_____ _____ _____
Defendant

Case: 1:21-mj-00047
Assigned to: Judge Zia M. Faruqui
Assign Date: 1/13/2021
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To:    Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Dominic Pezzola
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1512(c)(2) Obstruction of an Official Proceeding

18 U.S.C. § 1361 Destruction of Government Property

18 U.S.C. § 1752(a) Restricted buildings or Grounds

Zia M. Faruqui
2021.01.13
17:10:08 -05'00'

Date:    01/13/2021

*Issuing officer's signature*

City and state:    Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)*  1/13/21  , and the person was arrested on *(date)*  1/15/21
at *(city and state)*  Rochester, NY

Date:  1/15/21

*Arresting officer's signature*

Kevin R. Black Special Agent FBI
*Printed name and title*