UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-CR-52-2 (TJK) |
| | : | |
| WILLIAM JOSEPH PEPE, | : | |
| | : | |
| | : | |
| Defendant. | : | |

## UNOPPOSED MOTION TO CONTINUE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the Court continue the status conference presently scheduled for November 2, 2023, for a period of approximately 30 days. The government also requests that the Court exclude time under the Speedy Trial Act for the duration of that continuance. In support of this request, the government states the following:

Discovery in this case remains voluminous, and since the last status hearing on September 19, 2023, the parties have engaged in meaningful discussions to negotiate a pre-trial resolution of this matter. The parties therefore believe it is in the interests of justice to adjourn the status hearing to give the parties time to attempt a resolution of this matter pre-trial.

Given the voluminous amount of discovery in this case and the potential for a resolution, the government requests that the Court continue to exclude time under the Speedy Trial Act for the reasons previously articulated by the Court at a status conference on March 26, 2021, and subsequent status conferences. See 18 U.S.C. 3161(h)(7)(A) & (h)(7)(B)(ii).

Undersigned counsel has spoken to William Shipley, Esq., counsel for Mr. Pepe, and Mr. Shipley indicated that he does not object to a 30-day continuance or to exclusion of the Speedy

Trial Act for that portion of time.

  WHEREFORE, for the foregoing reasons, and any additional reasons as may be cited at a hearing on this motion, the government requests that the Court set this case for a further status conference in approximately 30 days, and that the Court exclude time under the Speedy Trial Act.

            Respectfully submitted,

            MATTHEW M. GRAVES
            United States Attorney
            DC Bar No. 481052

By:  */s/ Carolina Nevin*
    CAROLINA NEVIN
    Assistant United States Attorney
    NY Bar No. 5226121
    601 D Street, NW
    Washington, DC 20530
    (202) 803-1612
    carolina.nevin@usdoj.gov